# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACK WESLEY COOPER, on behalf of himself ) <br> And all others similarly situated ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RETRIEVAL-MASTERS CREDITORS ) <br> BUREAU, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 17-cv-00773 <br><br> Hon. Manish Shah <br><br> Magistrate Judge Young B. Kim |

## NOTICE OF APPEAL

Notice is hereby given in accordance with Rule 3 of the Federal Rules of Appellate Procedure that plaintiff Jack Cooper, appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered August 14, 2018, granting Defendant's Motion for Relief under Federal Rule of Civil Procedure 11, and granting in part Defendant's Motion for Relief under 28 U.S.C. § 1927, entered on August 14, 2018.

Respectfully submitted,

Dated: September 13, 2018

/s/Celetha C. Chatman
Celetha C. Chatman
Community Lawyers Group, Ltd.
73 W Monroe Street, Suite 514
Chicago, Illinois 60603
Ph: (312) 757-1880
Fax: (312) 265-3227
cchatman@communitylawyersgroup.com
*Attorney for Plaintiff Luvenia Elverton*

1

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on June 20, 2018, I electronically filed the foregoing document with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the attorneys of record.

    /s/Celetha C. Chatman
    Celetha C. Chatman
    Community Lawyers Group, Ltd.
    73 W Monroe Street, Suite 514
    Chicago, Illinois 60603
    Ph: (312) 757-1880
    Fax: (312) 265-3227
    cchatman@communitylawyersgroup.com
    *Attorney for Plaintiff Luvenia Elverton*